In the Matter of THOMAS J. DORSEY, Appellant, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, Respondents.

(Argued September 9, 1935; decided September 9, 1935.)

*Thomas A. McGrath* for appellant.

*Arthur G. Syran* for James P. Ryan, *amicus curiæ,* in behalf of respondents.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.